STATE OF NEW JERSEY IN THE INTEREST OF D.P.S.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIPE MEDINA.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. GERSON.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM WESLEY WHITE.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND FERGUSON.

December 6, 1982.

Petition for certification denied.